## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

August 30, 2007

David B. Stratton
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Re:  Nutritional Sourcing Corporation
     Case No. 07-11038

Dear Mr. Stratton:

          This is with respect to the August 15, 2007 letter to
me from Mr. Stephen M. Rosson (Doc. # 276).  I believe a response
from the Debtor is called for.

Very truly yours,

Peter J. Walsh

PJW:ipm

cc:  Stephen M. Rosson