UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

October 23, 2008

David B. Stratton
David Fournier
James C. Carignan
Pepper Hamilton LLC
Hercules Plaza - Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Michael B. Solow
Harold D. Israel
Matthew J. Micheli
Kaye Scholer LLC
70 West Madison Street
Suite 4100
Chicago, Illinois

Attorneys for the Debtors and
Debtors-in-Possession

Mark S. Chehi
Kimberly A. LaMaina
Skadden, Arps, Slate, Meagher
& Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

George N. Panagakis
Felicia Gerber Perlman
Peter E. Krebs
Skadden, Arps, Slate, Meagher
& Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

Attorneys for Official
Committee of Unsecured
Creditors

**Re: Nutritional Sourcing Corporation, et al.
Case No. 07-11038 (PJW)**

Dear Counsel:

In connection with the post confirmation briefing, I would like some clarification on the proposed Plan's distributions to the various classes of claims.

Of course, the Plan does not embody a substantive consolidation. We effectively have three Plans, one for NSC, one for Pueblo, and one for FLBN. This makes for a rather complicated

Plan as evidenced by the fact that there are six separate classes of claims that will receive a distribution.  In order to better understand the working of the Plan, I am asking that in your post confirmation briefing you respond to the following:

What is the amount of cash and the estimated value of other assets ( together the "Property") now owned by each of the Debtors?  Please identify the "other assets."

What is the amount, if any, of particular Debtors' Property that will be transferred to any other Debtor pursuant to the Plan, identifying each such Debtors and explaining the reasons for the transfers.

Based on the estimated recoveries as set forth in pages iii through xii of the Disclosure Statement, how much of the Property of each of the Debtors will be distributed to each of their respective classes of claims?

In effect, I am attempting to find out exactly where the Property resides and where it will be transferred and where it will end up when the proposed Plan is fully consummated.

                Very truly yours,

                Peter J. Walsh

PJW:ipm

cc:  Adam G. Landis
     Joseph H. Huston, Jr.
     Donna L. Harris
     Jeremy W. Ryan
     Jon C. Vigano