# UNITED STATES BANKRUPTCY COURT
For The District of Delaware
824 N. Market St. 3rd Floor
Wilmington, DE 19801

In re: Nutritional Sourcing Corporation, ET AL                Case No. 07-11038-PJW

Court ID (court use only) _____

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE**
A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

| | |
|---|---|
| **FAIR LIQUIDITY PARTNERS, LLC.** | **FLAMBOYAN LAWN SERVICES** |
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments
to transferee should be sent:
**FAIR LIQUIDITY PARTNERS, LLC
1777 Saratoga Ave., Suite 106
San Jose, CA. 95129
Phone: (408) 973-0650**

Court Record Address of Transferor
(Court Use Only)

**FLAMBOYAN LAWN SERVICES
Attn: Domingo Santana
Apartado 939
Dorado, PR 00646**

Court Claim (if known):**n/a**
Claim Amount: **$13,485.00**
Date Claim Filed: **n/a**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Maya Krish_                                Date: 08/04/09
Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

| **~~DEADLINE TO OBJECT TO TRANSFER ~~** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                **CLERK OF THE COURT**

FLAMBOYAN LAWN SERVICES ("Assignor"), transfers and assigns unto Fair Liquidity Partners, LLC with an address at 1777 Saratoga Ave. #106, San Jose, CA. 95129, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT, Re: PUEBLO INTERNATIONAL, LLC (the "Debtor"), between Assignor and Assignee, all of its right, title, and interest in and to FLAMBOYAN LAWN SERVICES claims of Assignor in the aggregate amount of $13,485.00 representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court District of Delaware, 824 North Market Street 3rd Floor, Wilmington, Delaware 19801 administered as Case No. 07-11039. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1) and 3001 (e) (2).

IN WITNESS WHEREOF, Assignor has signed below as of the ___4th___ day of ___August___ 2009.

(Assignor)
**FLAMBOYAN LAWN SERVICES**

Signature: *Domingo Santana*

Name: Domingo Santana Santana

Title: Owner

(Assignor)
WITNESS:

Signature: _____

Name: _____

Title: _____

(Assignee)
**FAIR LIQUIDITY PARTNERS, LLC**

Signature: *Maya Krish*

Name: Maya Krish

Title: Vice President, Credit

(Assignee)
WITNESS:

Signature: _____

Name: _____

Title: _____