# UNITED STATES BANKRUPTCY COURT
For The District of Delaware
824 N. Market St. 3rd Floor
Wilmington, DE 19801

In re: Nutritional Sourcing Corporation, ET AL     Case No. 07-11038-PJW

Court ID (court use only) _____

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

| | |
|---|---|
| **FAIR LIQUIDITY PARTNERS, LLC.** | **VEDELNIS DISTRIBUTING CO., INC.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments
to transferee should be sent:
**FAIR LIQUIDITY PARTNERS, LLC**
**1777 Saratoga Ave., Suite 106**
**San Jose, CA. 95129**
Phone: **(408) 973-0650**

Court Record Address of Transferor
(Court Use Only)

**VEDELNIS DISTRIBUTING CO., INC.**
**Attn: Dennis Velez**
**P.O. Box 360367**
**San Juan, PR 00936-0367**

Court Claim (if known): **#3901643**
Claim Amount: **$30,903.71**
Date Claim Filed: **11/26/2007**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Maya Krish_     Date: 08/14/09
Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

---

**~~DEADLINE TO OBJECT TO TRANSFER ~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____     **CLERK OF THE COURT**

**VEDELNIS DISTRIBUTING CO. INC.** ("Assignor"), transfers and assigns unto Fair Liquidity Partners, LLC with an address at 1777 Saratoga Ave, Suite 106, San Jose, CA 95129, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT, Re: PUEBLO INTERNATIONAL, LLC (the "Debtor"), between Assignor and Assignee, all of its right, title, and interest in and to **VEDELNIS DISTRIBUTING CO. INC.** claims of Assignor in the aggregate amount of **$30,903.71** representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court District of Delaware, 824 North Market Street 3rd Floor, Wilmington, Delaware 19801 administered as Case No. 07-11039. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1) and 3001 (e) (2).

IN WITNESS WHEREOF, Assignor has signed below as of the __14__ day of __August__, 2009.

(Assignor)
**VEDELNIS DISTRIBUTING CO. INC.**

Signature:

Name: Dennis G. Vélez

Title: President

(Assignor)
WITNESS:

Signature:

Name: Marisol Vélez

Title: Secretary-Treasurer

(Assignee)
**FAIR LIQUIDITY PARTNERS, LLC**

Signature: Maya Krish

Name: Maya Krish

Title: Vice President, Credit

(Assignee)
WITNESS:

Signature: Mark

Name: Mark Davis

Title: Credit Manager