# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **NUTRITIONAL SOURCING CORPORATION ET AL**
Case No. **07-11038**

## NOTICE OF TRANSFER OF PRIORITY PORTION OF CLAIM
## OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC | **MIGUEL SANTIAGO ROMERO** |
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 3901874
Amount of Claim: **$ 801.26**
Date Claim Filed: 12/24/07

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeffrey Caress                    Date: 9/3/2009
 Transferee/Transferee's Agent

*Penalty for making a false statement*. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

957485

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **NUTRITIONAL SOURCING CORPORATION ET AL**
Case No. **07-11038**

## NOTICE OF TRANSFER OF PRIORITY PORTION OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3901874** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9/3/2009.

| | |
|---|---|
| Liquidity Solutions Inc. | **MIGUEL SANTIAGO ROMERO** |
| **Name of Transferee** | **Name of Alleged Transferor** |
| | |
| Address of Transferee: | Address of Alleged Transferor: |
| One University Plaza | **MIGUEL SANTIAGO ROMERO** |
| Suite 312 | **CALLE DEL VALLE 254** |
| | **VILLA PALMERAS** |
| Hackensack, NJ 07601 | **SANTURCE, PR 00912** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                **CLERK OF THE COURT**

957485

# TRANSFER NOTICE

MIGUEL SANTIAGO ROMERO ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the priority Claim of Assignor as set forth in the Agreement against **PUEBLO INTERNATIONAL, LLC** (the "Debtor"), in the aggregate amount of $~~1,476.00~~, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the District of Delaware, administered as Case No. 07-11039.

$ 801.26

IN WITNESS WHEREOF, Assignor has signed below as of the \_\_2-\_\_ day of \_\_april\_\_, 2008

MIGUEL SANTIAGO ROMERO

_Miguela Santiago Romero_
(Signature)

Miguel A. Santiago Romero
(Print Name and Title)

_[signature]_
(Signature)

Jose L. Vazquez
(Print Name of Witness)

PUEBLO INTERNATIONAL, LLC
MIGUEL SANTIAGO ROMERO


957485