# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **NUTRITIONAL SOURCING CORPORATION ET AL**
Case No. **07-11038**

## NOTICE OF TRANSFER OF PRIORITY PORTION OF CLAIM
## OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC                  **ROBERTO MARRERO LOPEZ**
Name of Transferee                         Name of Transferor

Name and Address where notices and payments        Court Claim # (if known):  3900929
to transferee should be sent:                      Amount of Claim: **$ 648.60**
                                                   Date Claim Filed: 09/10/07
LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001
                                                   Phone:_____
                                                   Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:/s/Jeffrey Caress                        Date: 9/3/2009
 Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

**957841**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

<u>In re:</u> **NUTRITIONAL SOURCING CORPORATION ET AL**
<u>Case No. **07-11038**</u>

## NOTICE OF TRANSFER OF PRIORITY PORTION OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. <u>**3900929**</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>9/3/2009.</u>

| | |
|---|---|
| Liquidity Solutions Inc. | **ROBERTO MARRERO LOPEZ** |
| **Name of Transferee** | **Name of Alleged Transferor** |
| | |
| Address of Transferee: | Address of Alleged Transferor: |
| One University Plaza | **ROBERTO MARRERO LOPEZ** |
| Suite 312 | **URB EDUARDO J SALDANA** |
| | **B10 CALLE ROBLE** |
| Hackensack, NJ 07601 | **CAROLINA, PR 00983** |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

**957841**

# TRANSFER NOTICE

ROBERTO MARRERO LOPEZ ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the priority Claim of Assignor as set forth in the Agreement against **PUEBLO INTERNATIONAL, LLC** (the "Debtor"), in the aggregate amount of ~~$10,250.00~~, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the District of Delaware, administered as Case No. 07-11039.

$648.60

IN WITNESS WHEREOF, Assignor has signed below as of the _11_ day of _april_, 2008

ROBERTO MARRERO LOPEZ

_(signature)_
(Signature)

_Roberto Marrero Lopez_
(Print Name and Title)

_Zaida Lopez Paris_
(Signature)

_ZAIDA LOPEZ PARIS_
(Print Name of Witness)

PUEBLO INTERNATIONAL, LLC
ROBERTO MARRERO LOPEZ


957841