# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **NUTRITIONAL SOURCING CORPORATION ET AL**
Case No. **07-11038**

## NOTICE OF TRANSFER OF PRIORITY PORTION OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
Name of Transferee

**MARGARITA NEGRON DAVILA**
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 3902569
Amount of Claim: **$2,403.41**
Date Claim Filed: 01/29/08

Phone:____________________
Last Four Digits of Acct#:_______

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeffrey Caress
Transferee/Transferee's Agent

Date: 9/3/2009

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

1002920

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **NUTRITIONAL SOURCING CORPORATION ET AL**
Case No. **07-11038**

## NOTICE OF TRANSFER OF PRIORITY PORTION OF CLAIM OTHER THAN FOR SECURITY

Claim No. **3902569** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9/3/2009.

| | |
|---|---|
| Liquidity Solutions Inc. | **MARGARITA NEGRON DAVILA** |
| **Name of Transferee** | **Name of Alleged Transferor** |
| Address of Transferee: | Address of Alleged Transferor: |
| One University Plaza | **MARGARITA NEGRON DAVILA** |
| Suite 312 | **P O BOX 3383** |
| Hackensack, NJ 07601 | **CAROLINA, PR 00984** |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: ___________________

_________________________
**CLERK OF THE COURT**

1002920

## TRANSFER NOTICE

Margarita Negron Davila ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for __________, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the priority Claim of Assignor as set forth in the Agreement against **PUEBLO INTERNATIONAL, LLC** (the "Debtor"), in the aggregate amount of ~~**$10,950.00**~~, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the District of Delaware, administered as Case No. 07-11039.

→ $2,403.41 RJR

IN WITNESS WHEREOF, Assignor has signed below as of the 10 day of Feb, 2009

Margarita Negron Davila

(Signature)

Mrs. Margarita Negrón Dávila
(Print Name and Title)

(Signature)

George A Lewis
(Print Name of Witness)

PUEBLO INTERNATIONAL, LLC
Margarita Negron Davila


1002920