# UNITED STATES BANKRUPTCY COURT
For The District of Delaware
824 N. Market St. 3rd Floor
Wilmington, DE 19801

In re: Nutritional Sourcing Corporation, ET AL          Case No. 07-11038-PJW

Court ID (court use only) _____

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE**
A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

**FAIR LIQUIDITY PARTNERS, LLC.**                       **ECCO PRINTING**
Name of Transferee                                      Name of Transferor


Name and Address where notices and payments
to transferee should be sent:
**FAIR LIQUIDITY PARTNERS, LLC**
**1777 Saratoga Ave., Suite 106**                       Court Record Address of Transferor
**San José, CA. 95129**                                 (Court Use Only)
Phone: (408) 973-0650

                                                        **ECCO PRINTING**
                                                        **Attn: Jesus M. Rivera Figueroa**
                                                        **P.O. Box 1552**
                                                        **Carolina, PR 00984-1552**


                                                        Court Claim (if known):**#3901779**
                                                        Claim Amount: **$11,366.77**
                                                        Date Claim Filed: **12/17/2007**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Maya Krish_ (signature)                            Date: 10/07/09
    Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

| **~~DEADLINE TO OBJECT TO TRANSFER ~~** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                        **CLERK OF THE COURT**

# FAIR LIQUIDITY PARTNERS, LLC

1777 Saratoga Ave
Suite #106
San Jose, CA 95129
(408) 873-0650

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br>PUEBLO INTERNATIONAL, LLC. <br><br>Nutritional Sourcing Corporation  07-11038 | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 07-11039 <br> ) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
## AND WAIVER OF NOTICE
Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the allowed unsecured claim against the Debtor in the amount of $11,366.67, as listed in the claims register, and all claims of Transferor have been transferred and assigned other than for security to Fair Liquidity Partners, LLC. The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to Fair Liquidity Partners, LLC upon terms as set forth herein and in the offer letter received. I authorize Fair Liquidity Partners, LLC to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $11,366.67 and has not been previously objected to, sold, or satisfied. Upon notification by Fair Liquidity Partners, LLC, I agree to reimburse Fair Liquidity Partners, LLC a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, Fair Liquidity Partners, LLC assumes all risks associated with the debtors' ability to distribute funds. I agree to deliver to Fair Liquidity Partners, LLC any correspondence or payments received subsequent to the date of this agreement and authorize Fair Liquidity Partners to take the steps necessary to transfer this claim and all claims we hold against the above debtor. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**Transferor:**
ECCO PRINTING, ATTN: JESUS RIVERA, P.O. BOX 1552, CAROLINA, PR 00984-1552

Signature: [signed] Date: 10-7-2009
Name: Jesus M. Rivera Figueroa Phone: 787-752-0668
Title: President Fax: 787-752-0668
E-Mail: ecco@coqui.net

**Transferee:**
Fair Liquidity Partners, LLC, 1777 Saratoga Ave. #106, San Jose, CA 95129

Signature: [signed]
Name: Maya Krish
Title: Vice President, Credit