B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re Nutritional Sourcing Corporation                ,        Case No. 07-11038 (PJW)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PRHP, Inc. | La Cruz Azul de Puerto Rico, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o McConnell Valdés LLC
  PO Box 364225, San Juan PR 00936

Court Claim # (if known): 3800236
Amount of Claim: $541,015.35
Date Claim Filed: 10/22/2007

Phone: 787-250-5813
Last Four Digits of Acct #: _____

Phone: 787-272-9898
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: Same as Above.
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: s/Eduardo Zayas Marxuach, Esq.           Date: 02/24/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.




PO Box 366068
San Juan, PR 00936-6068
Tel. (787) 272-9898

## La Cruz Azul
## de Puerto Rico, Inc.

UN CONCESIONARIO INDEPENDIENTE DE
BLUE CROSS & BLUE SHIELD ASSOCIATION

## UNANIMOUS CONSENT OF THE BOARD OF DIRECTORS OF
## LA CRUZ AZUL DE PUERTO RICO, INC.

The undersigned, being all the members of the Board of Directors of La Cruz Azul de Puerto Rico, Inc. (the "Company"), a Puerto Rico corporation, in accordance with the authority contained in the laws of Puerto Rico, do hereby unanimously consent to the approval of the resolution set forth below, intending that such resolution shall have the same force and effect as if duly adopted at a meeting of the Board of Directors duly called and held in accordance with the laws of Puerto Rico and the Bylaws of the Company.

## RESOLUTION

WHEREAS, Section IV.13 of the Bylaws of the Bylaws of La Cruz Azul de Puerto Rico, Inc. ("the Company") provides that amendments to the Articles of Incorporation of the Company require the affirmative vote of at least two thirds of the outstanding voting capital stock of the Corporation in order to be authorized as acts of the Corporation.

WHEREAS, as provided by Article 29.070 (1) of the Insurance Code, the amendments to the Articles of Incorporation of the Company require the affirmative vote of the majority of the Board of Directors of the Company in addition to at least two-thirds of shareholder's concurrence.

WHEREAS, as provided by Article 29.070 (2) of the Insurance Code, if the amendment is to change the insurer's name after the transaction of insurance in Puerto Rico thereunder, the proposed amendment shall not be submitted to the insurer's stockholders until after the insurer had applied for and received the consent of the Insurance Commissioner to the proposed change.

WHEREAS, Section IV.11 of the Bylaws of the Company provides that "[t]he directors shall act only as a Board and the individual directors shall have no power as such, except that any action which may be taken at a meeting of the Board may be taken without a meeting if, prior or subsequent to the action, a consent or consents in writing setting forth the action so taken shall be signed by all of the directors in office and filed with the Secretary of the Corporation".

WHEREAS, the Company is currently in negotiations to sell its book of business to another insurer. Such transaction (hereinafter, "Asset Purchase Agreement") would also encompass the termination of the License Agreement under which the Blue Cross and Blue Shield Association allows the Company to use the Blue Cross service mark and name.

WHEREAS, upon the required regulatory approval of the proposed transaction, on the effective date of the Asset Purchase Agreement, the Company intends to initiate a voluntary liquidation process as set forth under Articles 29.480 through 29.530 of the Insurance Code. Under such process, the Company will not be engaged in the sale of any health insurance and its operations would be limited to compliance with all the obligations incurred through the effective date of the transaction and all other actions necessary to effect the voluntary liquidation and eventual dissolution of the Company.

WHEREAS, in light of those circumstances and as required under Article 29.070 (2) of the Insurance Code, on January 12, 2009 the Company requested an approval from the Insurance Commissioner to change its name to PRHP, Inc.

WHEREAS, on March 3, 2009, the Insurance Commissioner approved the change of name of the Company from "La Cruz Azul de Puerto Rico, Inc." to "PRHP, Inc.".

BE IT RESOLVED, that Article One of the Articles of Incorporation of the Company be amended, so that it reads as follows:

"The name of the Corporation is: PRHP, Inc."

AND, BE IT FURTHER RESOLVED that the change to the Articles of Incorporation herein approved would be effective on the effective date of the proposed Asset Purchase Agreement.

AND BE IT FURTHER RESOLVED, that upon the approval of this resolution, the Company shall promptly file with the Insurance Commissioner a copy of this resolution, as provided in Article 29.070 (3) of the Insurance Code, to complete the amendment process.

IN WITNESS WHEREOF, each of the undersigned has executed this Unanimous Consent of Directors of the Company, as of March 6, 2009.

_____
Richard J. Neeson

_____
Hank Kearney

_____
William Zapata, CPA

_____
Iván E. Colón, MHSA

_____
Iraelia Pernas, Esq.



**La Cruz Azul
de Puerto Rico, Inc.**

UN CONCESIONARIO INDEPENDIENTE DE
BLUE CROSS & BLUE SHIELD ASSOCIATION

PO Box 366068
San Juan, PR 00936-6068
Tel. (787) 272-9898

## UNANIMOUS CONSENT OF SHAREHOLDERS OF
## LA CRUZ AZUL DE PUERTO RICO, INC.

The undersigned, being all the shareholders of La Cruz Azul de Puerto Rico, Inc. (the "Company"), a Puerto Rico corporation, in accordance with the authority contained in the laws of Puerto Rico, do hereby unanimously consent to the approval of the resolution set forth below, intending that such resolution shall have the same force and effect as if duly adopted at a meeting of the shareholders duly called and held in accordance with the laws of Puerto Rico and the Bylaws of the Company.

### RESOLUTION

WHEREAS, Section IV.13 of the Bylaws of the Bylaws of La Cruz Azul de Puerto Rico, Inc. ("the Company") provides that amendments to the Articles of Incorporation of the Company require the affirmative vote of at least two thirds of the outstanding voting capital stock of the Corporation in order to be authorized as acts of the Corporation.

WHEREAS, as provided by Article 29.070 (1) of the Insurance Code, the amendments to the Articles of Incorporation of the Company further require the affirmative vote of the majority of the Board of Directors of the Company in addition to at least two-thirds of shareholder's concurrence.

WHEREAS, as provided by Article 29.070 (2) of the Insurance Code, if the amendment is to change the insurer's name after the transaction of insurance in Puerto Rico thereunder, the proposed amendment shall not be submitted to the insurer's stockholders until after the insurer had applied for and received the consent of the Insurance Commissioner to the proposed change.

WHEREAS, Section III.15 (a). of the Bylaws of the Company further provides that "[a]ny action required or permitted to be taken at a meeting of the shareholders or of a class of shareholders may be taken without a meeting if, prior or subsequent to the action, a consent or consents thereto in writing, setting forth the action so taken, shall be signed by all of the shareholders who would be entitled to vote at a meeting for such purpose and filed with the Secretary of the Corporation".

WHEREAS, the Company is currently in negotiations to sell its book of business to another insurer. Such transaction (hereinafter, "Asset Purchase Agreement") would also encompass the termination of the License Agreement under which the Blue Cross and Blue Shield Association allows the Company to use the Blue Cross service mark and name.

WHEREAS, upon the required regulatory approval of the proposed transaction, on the effective date of the proposed Asset Purchase Agreement, the Company intends to initiate a voluntary liquidation process as set forth under Articles 29.480 through 29.530 of the Insurance Code. Under such process, the Company will not be engaged in the sale of any health insurance and its operations would be limited to compliance with all the obligations incurred through the effective date of the transaction and all other actions necessary to effect the voluntary liquidation and eventual dissolution of the Company.

WHEREAS, in light of those circumstances and as required under Article 29.070 (2) of the Insurance Code, on January 12, 2009 the Company requested an approval from the Insurance Commissioner to change its name to PRHP, Inc.

WHEREAS, on March 3, 2009, the Insurance Commissioner approved the change of name of the Company from "La Cruz Azul de Puerto Rico, Inc." to "PRHP, Inc.".

BE IT RESOLVED, that Article One of the Articles of Incorporation of the Company be amended, so that it reads as follows:

"The name of the Corporation is: PRHP, Inc."

AND, BE IT FURTHER RESOLVED that the change to the Articles of Incorporation herein approved would be effective on the effective date of the proposed Asset Purchase Agreement.

AND BE IT FURTHER RESOLVED, that upon the approval of this resolution, the Company shall promptly file with the Insurance Commissioner a copy of this resolution, as provided in Article 29.070 (3) of the Insurance Code, to complete the amendment process.

IN WITNESS WHEREOF, each of the undersigned has executed this Unanimous Consent of Shareholders of the Company, as of March 6, 2009.

INDEPENDENCE HOLDINGS, INC.

By: *[signature]*

Richard J. Neeson
Name

Chairman
Position

Unanimous Consent of Shareholders of
LCA- Amendments Articles (Name)
Page 3

QCC INSURANCE COMPANY, INC.

By: *[signature]*

Richard J. Neeson
Name

Senior Vice-President
Position

*[signature]*
Richard J. Neeson

*[signature]*
Hank Kearney

*[signature]*
William Zapata, CPA

*[signature]*
Iván E. Colón, MHSA

*[signature]*
Iraelia Pernas, Esq.