# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

March 31, 2011

James C. Carignan
Pepper Hamilton LLP
Hercules Plaza - Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899

Counsel for the Liquidation Trust

**Re: Nutritional Sourcing Corporation, et al.
Case No. 07-11038**

Dear Mr. Carignan:

    I have enclosed a copy of a letter addressed to me dated March 18, 2011 from Stephen M. Rosson. Please respond to Mr. Rosson in writing, with a copy of the written response being docketed in the case and a copy sent to Chambers.

Very truly yours,

Peter J. Walsh

PJW:ipm

Enc.

cc: Stephen M. Rosson (w/o enc.)

March 18, 2011

Judge Peter J. Walsh

US Bankruptcy Court

824 N. Market Street – 3rd Floor

Wilmington, Delaware 19801

Re:  Bankruptcy Petition Nutritional Sourcing, Pueblo International, LLC

Case Numbers 07-11038 and 07-11040-PJW

Dear Judge Walsh;

I am writing to ask the current status of this case.  My understanding is that the claim amounts in this case were identified and finalized well over a year ago.  If this is true, my question is this:  When will these insignificant amounts be paid to us that worked for these companies?  The attorneys are receiving their huge hourly rate and I assume they are getting paid monthly.  If that is the case, why do they get paid and we haven't been paid yet.

I can assure you that many people do not understand the slowness of the courts and are as frustrated as I am.  I have called the attorney's office and got the same old story: It is still in litigation.  When does it end?  Will it go to my estate?

All that I am asking is: When will it be paid?  A final date please.

Sorry if this seems a little bit on the sarcastic side but people are frustrated with the court system and it's slowness in paying once a decision has been made.


Respectfully,

*[signature]*

2668

Stephen M. Rosson

3548 Dove Hollow Ct.

Palm Harbor, Fl 34683